# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2025

Lyle W. Cayce
Clerk

———————

No. 25-10483

———————

Jason Stanford, *doing business as* Motor Carrier No.1476454 Rollin' Smoke at the Attache,

*Plaintiff—Appellant*,

*versus*

England Carrier Services, L.L.C.; England Logistics, L.L.C.; CR England, Incorporated; King of Freight, L.L.C.,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-241

———————————————————

Before Clement, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.